IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOGGIE DENTAL INC., *et al*., | |
| Plaintiffs, | Civil Action No. 21-271 |
| v. | (Judge Hornak) |
| CDOFFICE, *et al*., | |
| Defendants. | |

### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Brian Samuel Malkin in Support of Request to Enter Default hereto attached.

Respectfully submitted,

Dated:  April 15, 2021

/s/ Brian Samuel Malkin
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com
Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile
Attorneys for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, the foregoing document is being filed via the Case Management/Electronic Case Filing (CM/ECF) system; I also certify that a true and correct copy of the foregoing is being served via email to the e-mail addresses at which Defendants were served and/or via publication by posting a true and correct copy on the website www.ferencelaw.com in accordance with the Order Authorizing Alternate Service.

                                                               /s/ Brian Samuel Malkin
                                                               Brian Samuel Malkin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOGGIE DENTAL INC., *et al.*,  <br><br>                              Plaintiffs,  <br><br>v.  <br><br>CDOFFICE, *et al.*,  <br><br>                              Defendants. | Civil Action No. 21-271  <br><br>(Judge Hornak) |

   AND NOW, this _____ DAY of _____, 2021, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Attachment "A" for failure to plead or otherwise defend.

                  _____
                  Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOGGIE DENTAL INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 21-271 |
| v. | (Judge Hornak) |
| CDOFFICE, *et al.*, | |
| Defendants. | |

**DECLARATION OF BRIAN SAMUEL MALKIN
IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**

I caused the complaint and a summons in this action to be served on the Defendants as of March 25, 2021; that the time within which such Defendants may answer or otherwise move as to the complaint has expired; that such Defendants have not answered or otherwise moved and that the time for such Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania on April 15, 2021.

*/s/ Brian Samuel Malkin*
Brian Samuel Malkin