IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOGGIE DENTAL INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CDOFFICE, *et al.*, <br><br> Defendants. | Civil Action No. 21-271 <br><br> (Judge Hornak) |

AND NOW, this _____ DAY of _____, 2021, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Attachment "A" for failure to plead or otherwise defend.

_____
Clerk